# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

FILED
MAY 2 3 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____MC
        DEPUTY CLERK

UNITED STATES OF AMERICA
V.

Cledis Yajaira Lopez De La Cruz          19

Mexico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:19-M-4697-001

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 21, 2019__ in __Val Verde__ County, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __CBP Officer (Enforcement)__ and that this complaint is based on the following facts: That on or about May 21, 2019

the DEFENDANT was encountered at the Del Rio, Texas Port of Entry in the United States. The Defendant admitted that she entered the United States illegally from Mexico by crossing the Rio Grande River on or about May 21, 2019 at a time and place other than as designated by Immigration Officers, near Del Rio, Texas. She is aware that her actions were in violation of the law.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☒ No

Jesus S Martinez, CBPO (E)
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 23, 2019                                at    Del Rio, Texas
Date                                                City and State

Collis White
United States Magistrate Judge                      Signature of Judicial Officer
Name & Title of Judicial Officer

AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:19-M -04697(1) |
|  | § |
| (1) Cledis Yajaira Lopez De La Cruz | § |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Cledis Yajaira Lopez De La Cruz, was presented by counsel, Tara D. Zehner.

The defendant pled guilty to the complaint on May 24, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | May 21, 2019 |

As pronounced on May 24, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of Time Served. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 24th day of May, 2019.

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: DRPOE - Del Rio Point of Entry
USM #:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| **United States of America** | § § | **Case Number:** |
| vs. | § § § | DR:19-M -04697(1) |
| **(1) Cledis Yajaira Lopez De La Cruz** | § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Tara D. Zehner, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this **23rd day of May, 2019.**

_____
**COLLIS WHITE**
**UNITED STATES MAGISTRATE JUDGE**